UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60737-CV-DIMITROULEAS

Luis F Sandoval Gomez,

      Petitioner,

v.

Field Office Director,
U.S. Immigration and Customs Enforcement

      Respondent.

                                   /

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Luis F Sandoval Gomez ("Petitioner")'s

Petition for a Writ of Habeas Corpus (28 U.S.C. § 2241) (the "Petition") [DE 1], filed March 16,

2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the

premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **March 20, 2026**, Respondents shall file a response to the Petition.

   Petitioner may file a reply on or before March 25, 2026.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 17th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov