UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60737-CV-DIMITROULEAS

LUIS F SANDOVAL GOMEZ,

     Petitioner,

v.

GARRET J. RIPA, FIELD OFFICE DIRECTOR,

     Respondent.

_____/

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on Petitioner LUIS F SANDOVAL GOMEZ ("Petitioner")'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition") [DE 1], filed March 16, 2026.  The Court has considered the Petition, the Respondent's March 20, 2026, Response [DE 6], notes that no Reply was filed by Petitioner[1], and is otherwise fully advised in the premises.

Upon careful consideration of the arguments presented by both sides, the Court is persuaded by the reasoning and conclusion of the recent decision entered on February 6, 2026 by the Fifth Circuit Court of Appeals, holding that the noncitizen petitioners in removal proceedings were subject to mandatory detention under 28 U.S.C. § 1225(b)(2) because they were present in the United States without being admitted or paroled, despite having entered illegally many years ago. *See Buenrostro-Mendez v. Bondi et al*., Case. Nos. 25-20496; 25-40701 (Feb. 6, 2026).  The Court adopts the analysis of the majority opinion of that decision as if set forth herein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

---

[1] The Court's March 17, 2026 Order Requiring Expedited Response from Respondents permitted Petitioner to file a reply on or before March 25, 2026. [DE 4].

1. Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **DENIED**.

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of March 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov